UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA ROBBINS
    a/k/a JJ Bossman

CASE NO. 8:25cr143 KKM-CPT

18 U.S.C. § 1343
(Wire Fraud)

## INDICTMENT

The Grand Jury charges:

### COUNTS 1 TO 10
(Wire Fraud)

MAR 27 2025 PM3:34
FILED - USDC - FLMD - TPA

**A.    Introduction**

At all times material to this Indictment:

1.    The defendant, JOSHUA ROBBINS ("ROBBINS"), was a United States citizen residing in the Middle District of Florida. ROBBINS advertised the sales of what he purported to be authentic gold bars and silver coins using an online marketplace. ROBBINS solicited and caused the solicitation of funds from victims and caused those funds to be transferred into an account at Financial Institution.

2.    Payment Processing Institution 1 was located in Arizona. It maintained computer servers, outside the State of Florida, to process financial transactions. ROBBINS utilized a profile with Payment Processing Institution 1 used to perpetuate this scheme.

3. Financial Institution 1 was located in North Carolina. It maintained computer servers, outside the State of Florida, to process financial transactions.

4. Online Marketplace 1 was located in Washington. It is a peer-to-peer commerce platform that its users to buy and sell items, emphasizing in-person transactions. ROBBINS maintained and utilized an account with Online Marketplace 1 to perpetuate this scheme.

### B. The Scheme and Artifice

5. Beginning on an unknown date, but from at least in or around January 2022, and continuing through at least January 2024, in the Middle District of Florida and elsewhere, the defendant,

>JOSHUA ROBBINS
>a/k/a JJ Bossman,

devised and intended to devise a scheme to defraud customers by selling items purported to be authentic gold bars and silver coins, and to obtain money and property from victims by means of false and fraudulent pretenses, representations, and promises relating to material facts, in violation of 18 U.S.C. § 1343.

### C. Manner and Means

6. The manner and means by which the defendant sought to accomplish the scheme and artifice, included, among others, the following:

      a.    It was part of the scheme and artifice that ROBBINS would and did advertise and sell fraudulent gold bars and silver coins using an account with Online Marketplace 1.

      b.    It was further a part of the scheme and artifice that the defendant would and did cause unwitting victims to initiate wire transactions with Payment Processing Institution 1 and Financial Institution 1 account to collect payment for the gold bars and silver coins, knowing these commodities were fraudulent.

      c.    It was further a part of the scheme and artifice that the defendant would and did used the funds to perpetuate this scheme and otherwise for his personal enrichment.

      d.    It was further a part of the scheme and artifice that the defendant would and did misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden, acts performed in furtherance of the scheme.

### D. Interstate Wire Transmissions

7.    On or about the dates listed below, in the Middle District of Florida and elsewhere, the defendant,

**JOSHUA ROBBINS**
a/k/a JJ Bossman,

for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communications in interstate commerce

the following transactions from Financial Institution 1 to Payment Processing Institution 1, each transmission constituting a separate count:

| Count | Dates | Wire Communication Amount |
|---|---|---|
| 1 | 01/03/2022 – 01/04/2022 | $3,500.00 |
| 2 | 04/06/2022 | $3,500.00 |
| 3 | 07/15/2022 | $3,500.00 |
| 4 | 10/24/2022 | $3,000.00 |
| 5 | 01/24/2023 | $3,500.00 |
| 6 | 03/21/2023 | $3,500.00 |
| 7 | 05/03/2023 | $3,500.00 |
| 8 | 09/06/2023 | $3,500.00 |
| 9 | 12/13/2023 | $3,500.00 |
| 10 | 01/28/2024 – 01/29/2024 | $3,500.00 |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1.    The allegations contained in Counts One through Ten are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.

§ 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.  The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of at least $440,500, which represents the proceeds of the offenses.

4.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



SARA C. SWEENEY
Acting United States Attorney

By: _____
Ashley Haynes
Assistant United States Attorney

By: _____
Dan Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSHUA ROBBINS
a/k/a JJ Bossman

INDICTMENT

Violations: 18 U.S.C. § 1343

Filed in open court this 27th day

of March, 2025.

_____
Amanda Craig
Clerk

Bail $_____

GPO 863 525