AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Joshua Robbins
a/k/a JJ Bossman

*Defendant*

Case No. 8:25cr143 KKM-CPT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Robbins a/k/a JJ Bossman,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud.
In Violation of: 18 U.S.C. § 1343

Date: MAR 28 2025

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
ARLINE AZCONA-JOHNSON
*Printed name and title*

APR 7 2025 PM 1:27
FILED - USDC - FLMD - TPA

### Return

This warrant was received on *(date)* 03/28/2025, and the person was arrested on *(date)* 04/02/2025
at *(city and state)* LAKELAND, FL

Date: 04/03/2025

*Arresting officer's signature*

SPECIAL AGENT
*Printed name and title*